# PD-1260-15

PD-1260-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/2/2015 2:22:35 PM
Accepted 11/2/2015 3:47:33 PM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS
## OF THE STATE OF TEXAS

### PD-1260-15

| | | |
|---|---|---|
| **REGINALD TURON HILL** | § | |
| *Appellant* | § | On Petition for Review of |
| v. | § | No. 14-14-00376-CR |
| | § | Court of Appeals |
| | § | Fourteenth District of Texas |
| **THE STATE OF TEXAS** | § | |
| *Appellee* | | |

## APPELLANT'S MOTION
## TO EXTEND TIME TO FILE PETITION

Appellant Reginald Turon Hill for an extension of time to file his petition for discretionary review, under TEX. R. APP. P. 10.5(b).

### I.  LOWER COURT PROCEEDINGS

Judgment in this case was entered on May 8, 2014.  The court of appeals affirmed on August 25, 2015.  No motion for rehearing was filed.

### II.  PROCEEDINGS IN THIS COURT

Mr. Hill's petition was due on October 26, 2015 after the Court granted a previous extension.  Counsel has filed the petition today, November 2, 2015.

### III. REASONS FOR REQUEST

Mr. Hill's counsel was unable to complete the petition in the last 30 days because counsel: 1) briefed, prepared, and argued opposition to a motion for waiver of jurisdiction hearing in juvenile court for an appellate client whose conviction was reversed in light of *Moon v. State* (the hearing was today, November 2, 2015); 2) filed a

brief in *Margaret Renee Mayer v. State*, Cause No. 14-14-01011-CR, which had been abated; 3) filed a brief in *Eric Samuel Tucker v. State*, Cause No. 01-15-00274-CR; and 4) is working to complete two other briefs in the next two weeks. In the exercise of due diligence, counsel could not timely complete this petition.

PRAYER

Mr. Hill respectfully requests that this motion be granted and that the Court permit an extension of time until November 2, 2015 to file his Petition for Discretionary Review.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

*/s/ Cheri Duncan*

_____

**CHERI DUNCAN**
Assistant Public Defender
Harris County Texas
State Bar No. 06210500
1201 Franklin, 13th Floor
Houston Texas 77002
(713) 368-0016
(713) 368-9278 (Fax)
cheri.duncan@pdo.hctx.net

Attorney for Petitioner/Appellant,
**REGINALD TURON HILL**

2

## CERTIFICATE OF SERVICE

I certify that a copy of Appellant's Motion to Extend Time to File Petition for Discretionary Review was served on the State of Texas by electronic delivery to the Appellate Division of the Harris County District Attorney's Office and the State Prosecuting Attorney, on November 2, 2015.

*/s/ Cheri Duncan*

_____

**CHERI DUNCAN**